**Electronically Filed
Supreme Court
SCPR-21-0000637
18-NOV-2021
10:46 AM
Dkt. 6 OGP**

SCPR-21-0000637

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE MARGARET M. MAWSON, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN IN GOOD STANDING</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the petition to resign from the practice of law in the State of Hawaiʻi, filed by attorney Margaret M. Mawson, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), but to retain the paper license as a memento, as authorized by RSCH Rule 1.10(b), and the affidavits submitted in support thereof, we conclude that Petitioner Mawson has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition to resign is granted. Petitioner Mawson may retain the paper license as a memento.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that the Clerk shall remove the name of Petitioner Mawson, attorney number 5159, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, November 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins